IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-661 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PETER C. FREUND, ) | |
| CONNIE E. FREUND, ) | |
| WELLS FARGO HOME MORTGAGE, ) | |
| TOWN OF EAST HAMPTON, ) | |
| CONNECTICUT, ) | |
| STATE OF CONNECTICUT, DEPARTMENT ) | |
| OF REVENUE SERVICES, and ) | |
| MIDDLESEX HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiff United States of America, pursuant to the provisions of 26 U.S.C. § 7403, with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General of the United States, brings this civil action to enforce federal tax liens on Peter C. Freund and Connie E. Freund's interests in a certain parcel of real property. In support of this action, the United States alleges, as follows:

### Jurisdiction, Venue, and Parties

1. Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. §§ 7402 and 7403.

2. Defendants Peter C. Freund and Connie E. Freund, reside in East Hampton, Connecticut, which is within the jurisdiction of this Court.

3. Defendant Wells Fargo Home Mortgage is named as a defendant in this case because it has, or may claim, an interest in the real property on which the United States seeks to enforce its liens.

4. Defendant Town of East Hampton, Connecticut, is named as a defendant in this case because it has, or may claim, an interest in the real property on which the United States seeks to enforce its liens.

5. Defendant State of Connecticut, Department of Revenue Services, is named as a defendant in this case because it has, or may claim, an interest in the real property on which the United States seeks to enforce its liens.

6. Defendant Middlesex Hospital is named as a defendant in this case because it has, or may claim, an interest in the real property on which the United States seeks to enforce its liens.

**The Property**

7. The real property that is the subject of this action is located at 30 Main Street, East Hampton, Middlesex County, Connecticut (the "Property"), and is legally described, as follows:

> Those certain pieces of parcels of land with buildings thereon, lying and being on the westerly side of Main Street in the Town of East Hampton, County of Middlesex, and State of Connecticut and more particularly bounded and described as follows:
>
> FIRST PIECE:  Commencing at the northeast corner of the land now or formerly of Sarah L. Mead; thence running westerly along said land now or formerly of Sarah L. Mead 264 feet to land now or formerly of Arthur and Ellen Kidney; thence running northerly 165 feet to a bound; thence running easterly along a right of way, land now or formerly of Lloyd E. Cone and Arthur and Ellen Kidney a distance of 264 feet to the westerly line of Main Street; thence running southerly along the westerly line of Main Street a distance of 165 feet to the point or place of beginning.

The above described premises are bounded as follows:

 NORTHERLY: by said Right of Way, 264 feet;

 EASTERLY: by said Main Street, 165 feet;

 SOUTHERLY: by said land now or formerly of Sarah L. Mead; 264 feet;

 WESTERLY: by land now or formerly of Arthur & Ellen Kidney, 165 feet;

or however otherwise bounded and described as of record may appear.

Said premises are subject to an Easement to lay drainage pipes as more particularly appears in an instrument dated April 11, 1968 and recorded in Volume 96, Page 219 of the East Hampton Land Records.

SECOND PIECE: Commencing at a point marking the northwesterly corner of land formerly of Henry Snow; thence running easterly along said land formerly of Henry Snow a distance of 114 feet, more or less, to land formerly of the Estate of Josephine Abell, thence turning and running northerly a distance of 25 feet along land formerly of the Estate of Josephine Abell, thence turning and running westerly a distance of 176 feet, more or less, along land formerly of Charles E. Carter and Ida R. Carter, thence turning and running southerly a distance of 25 feet to a point, thence turning and running easterly a distance of 62 feet, more or less, to the point and place of beginning.

Said premises are subject to a right of way as set forth in an Instrument recorded 8/16/11 in Volume 44, Page 192 of the East Hampton Land Records.

8. By Warranty Survivorship Deed dated December 30, 1997, Donald H. Umba and Elizabeth H. Umba conveyed the Property to Peter C. Freund and Connie E. Freund. The Warranty Survivorship Deed was recorded with the Town Clerk for the Town Clerk for the Town of East Hampton, Connecticut on December 31, 1997 at Volume 294, Page 518-520.

**Count to Enforce Federal Tax Liens Against the Property**

9. On December 10, 2013, in *United States v. Peter C. Freund, et al.*, Case No. 3:13-cv-00278-VLB, the Court entered judgment in favor of the United States and against Peter C. Freund and Connie E. Freund, jointly and individually, for unpaid income taxes for tax years 1996-1999 and 2009-2010 in the amount of $245,033.81. In addition, the Court entered judgment in favor of the United States and against Peter C. Freund for unpaid income taxes for tax years 2001-2004 in the amount of $156,172.24.

10. The judgments referenced in Paragraph 9, above, remain unpaid. Specifically, Peter C. Freund and Connie E. Freund remain jointly and severally liable to the United States in the amount of $222,533.95 as of April 13, 2018, and Peter C. Freund remains liable to the United States in the amount of $190,186.11 as of April 13, 2018. Interest continues to accrue on both judgments.

11. On each of the following days, the Internal Revenue Service ("IRS") filed a Notice of Federal Tax Lien in the name of Peter C. Freund and Connie E. Freund, in accordance with 26 U.S.C. § 6323(f), with the Town Clerk for the Town of East Hampton, Connecticut:

| Tax Type | Tax Period Ending | Date the Notice of Federal Tax Lien Was Filed in the Name of Peter C. Freund and Connie E. Freund |
|---|---|---|
| Income | 12/31/1996 | 08/25/2004 & 10/17/2011 & 08/06/2013 |
| | 12/31/1997 | 08/25/2004 & 10/17/2011 & 08/06/2013 |
| | 12/31/1998 | 08/25/2004 & 04/26/2010 & 06/11/2012 & 05/13/2015 |
| | 12/31/1999 | 07/17/2006 & 05/13/2015 |
| | 12/31/2009 | 12/20/2010 |
| | 12/31/2010 | 01/17/2012 |

12.     On each of the following days, the Internal Revenue Service ("IRS") filed a Notice of Federal Tax Lien in the name of Peter C. Freund, in accordance with 26 U.S.C. § 6323(f), with the Town Clerk for the Town of East Hampton, Connecticut:

| Tax Type | Tax Period Ending | Date the Notice of Federal Tax Lien Was Filed in the Name of Peter C. Freund and Connie E. Freund |
|---|---|---|
| Income | 12/31/2001 | 05/04/2006 & 12/16/2014 |
| | 12/31/2002 | 05/04/2006 & 12/16/2014 |
| | 12/31/2003 | 05/04/2006 & 12/16/2014 |
| | 12/31/2004 | 05/04/2006 & 12/16/2014 |

13.     The above-referenced federal tax liens attach to all property and rights to property belonging to Peter C. Freund and Connie E. Freund, including the Property.

14.     Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce its federal tax liens upon Peter C. Freund and Connie E. Freund's interests in the Property, to have the entire Property sold at a judicial sale free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, and to have the proceeds distributed, after the payments of the costs of sale and any real estate taxes due and owing, as permitted by 26 U.S.C. § 6323(b)(6), to the United States or as otherwise determined by the Court.

WHEREFORE, the plaintiff United States of America prays that:

A.      The Court enforce the federal tax liens and order the entire Property sold, free and clear of all rights, title, liens, claims, and interests of the parties, including any rights of redemption, and distribute the proceeds, after the payments of the costs of sale and any real estate taxes due and owing under 26 U.S.C. § 6323(b)(6), to the United States of America, or as otherwise determined by the Court;

B.      The Court determine that any failure by any defendant other than Defendants Peter C. Freund and Connie E. Freund and any government entity holding a lien securing unpaid

real property tax under 26 U.S.C. § 6323(b)(6), to timely plead a right, title, claim, or interest in the Property shall result in a default being entered against that party and a default judgment holding that said party has no right, title, claim, lien, or other interest in the Property; and

  C. The Court award the United States of America such further relief, including the costs of this action, that the Court deem just and proper.

              Respectfully submitted,

              RICHARD E. ZUCKERMAN
              Principal Deputy Assistant Attorney General
              U.S. Department of Justice, Tax Division

              */s/ Bradley A. Sarnell*
              BRADLEY A. SARNELL
              Trial Attorney, Tax Division
              U.S. Department of Justice
              P.O. Box 55
              Washington, D.C.  20044
              202-307-1038 (v)
              202-514-5238 (f)
              Bradley.A.Sarnell@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Peter C. Freund, Connie E. Freund, Wells Fargo Home Mortgage, Town of East Hampton, Connecticut, State of Connecticut, Department of Revenue Services, and Middlesex Hospital

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Middlesex
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bradley A. Sarnell, U.S. Department of Justice
PO Box 55, Washington, DC 20044
(202) 307-1038

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7403
Brief description of cause:
Enforcement of federal tax liens against real property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Hon. Vanessa L. Bryant
DOCKET NUMBER: 3:13-cv-278-VLB

DATE: 04/19/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/Bradley A. Sarnell

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE